**SEALED**

**FILED**

SEP 1 1 2024

BONNIE HACKLER
Clerk, U.S. District Court
By_____
Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, *Plaintiff*, v. KAREN SUE FREEMAN, *Defendant.* | SEALED<br><br>Case No. 24 CR 151 RAW |

# INDICTMENT

The Federal Grand Jury charges:

## COUNT ONE

**DISTRIBUTION OF METHAMPHETAMINE**
**[21 U.S.C. §§ 841(a)(1) & 841(b)(1)(B)]**

On or about March 13, 2024, in the Eastern District of Oklahoma, the defendant, **KAREN SUE FREEMAN**, did knowingly and intentionally distribute 5 grams or more of methamphetamine (actual), a Schedule II controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B).

## FORFEITURE ALLEGATION
**[21 U.S.C. § 853]**

The allegations contained in Count One of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

Upon conviction of the violations charged in Count One of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(B), the defendant, **KAREN SUE FREEMAN**, shall forfeit to the United States, pursuant to Title 21, United States

Code, Section 853, any and all of the defendant's right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as the result of such offense, and any and all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offenses, including, but not limited to: an asset forfeiture money judgment in the amount of proceeds obtained by the defendant.

A TRUE BILL:

CHRISTOPHER J. WILSON
United States Attorney

*/s/ Rachel Geizura*
RACHEL GEIZURA, PA BAR # 327209
Assistant United States Attorney

Pursuant to the E-Government Act, the original indictment has been filed under seal in the Clerk's Office.

s / Foreperson
FOREPERSON OF THE GRAND JURY